**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**OHIO STATE INNOVATION FOUNDATION,**

**Plaintiff,**

**v.**

**Civil Action 2:25-cv-1393**
**Judge Edmund A. Sargus**
**Magistrate Judge Kimberly A. Jolson**

**ONCOC4, INC.,**

**Defendant,**

**ORDER**

This matter is before the Court on the parties' Joint Status Report Regarding Discovery (Doc. 54). This Report is in response to the Court's orders for the parties to file a Joint Status Report updating the Court on its progress ahead of an in-person status conference to take place on October 27, 2026. (Doc. 50).

The parties indicate that they have made progress on many disputes that no longer need Court resolution. (Doc. 54 at 2). Still, they have reached an impasse and seek a discovery conference on two remaining issues: the timeline and OncoC4 custodians for document production and OSIF documents surrounding the investigation. (Doc. 54 at 3–13). The Court will issue an order on both disputes. The parties can have one final opportunity to submit any additional arguments. Each party may submit supplemental briefing limited to 8 pages total by November 2 and shall address both disputes. The parties shall continue to confer to resolve these disputes extrajudicially. The Court again reminds the parties that they and not the Court are in the best

position to understand the scope of permissible discovery, especially as it pertains to their first dispute.

Finally, the Court **VACATES** the in-person status conference on October 27, 2026, at 10:00 A.M. in Courtroom 203 since the Court will issue an order instead.

IT IS SO ORDERED.

Date: October 26, 2026

*/s/ Kimberly A. Jolson*
KIMBERLY A. JOLSON
UNITED STATES MAGISTRATE JUDGE